

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

**NO. WR-85,952-04**

**EX PARTE BRENT JUSTICE, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 1385768-C IN THE 176TH DISTRICT COURT
FROM HARRIS COUNTY**

*Per curiam*.

## O R D E R

Applicant was convicted of cruelty to non-livestock animals and sentenced to twenty years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Justice v. State*, No. 14-18-00462-CR (Tex. App.—Houston [14th Dist.] Apr. 9, 2020) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that trial and appellate counsel were ineffective. Applicant has alleged facts that, if true, might entitle him to relief. *Strickland v. Washington*, 466 U.S. 668 (1984). Additionally, this Court's independent review of the habeas corpus record reveals that based on Applicant's date of offense, the enhancement provision under which he was sentenced

could be inapplicable to this case, resulting in a potentially illegal sentence.

Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order counsel to respond to Applicant's claims. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether trial and appellate counsel were deficient and whether Applicant was prejudiced. The trial court shall also make specific findings and conclusions determining whether Applicant's sentence is within the applicable punishment range, given the date of his offense and any prior convictions that were available for enhancement. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: March 10, 2021
Do not publish